Mamie Mills, Respondent, v. Maurice Beck, Appellant.—This appeal has not been dismissed. The case was stricken from the calendar. The appellant may restore it to the calendar when he is in a position to do so.

---

* See 212 N. Y. 507.—[REP.

Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

The People of the State of New York, Respondent, v. Stafford Hendrix, Appellant.— Motion granted, without prejudice to any motion that may be made for a dismissal of the appeal upon the ground that this case is not within the purview of the statutes. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.